UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

NOBOA LARA, :

: ORDER

Plaintiff, 26 Civ. 8149 (ALC) (GWG)

:

-v.-

:

MURRY et al,

:

Defendants. :

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

This case comes before the Court based on the Notice of Removal filed by defendant Dickinson Fleet Services, LLC now known as Cox Fleet Transportation, LLC ("Dickinson"). (Docket # 1). Dickinson contends that removal to federal court is proper because there is diversity of citizenship. See id. ¶ 13. In support, Dickinson states that its principal place of business is in Atlanta, Georgia and that it was organized in Indiana. Id. ¶¶ 5–6. But Dickinson is a limited liability company ("LLC"), and for purposes of diversity jurisdiction, an LLC "takes the citizenship of each of its members." Bayerische Landesbank v. Aladdin Capital Mgmt. LLC, 692 F.3d 42, 49 (2d Cir. 2012). The Notice of Removal does not allege the identities and citizenship of Dickinson's members. At best, an attached document shows the identity of one of its members: DFS Intermediate Holdings, LLC. See Docket # 1-4. And even as to DFS Intermediate Holdings, LLC, we do not know the names and citizenships of its members.

Accordingly, to determine whether diversity jurisdiction is proper, on or before October 28, 2026, Dickinson shall file a sworn statement from a person with knowledge that identifies each of its members and the citizenship of each member. For the members that are themselves limited liability companies, such as DFS Intermedia Holdings, Dickinson is reminded that it will need to provide the identities and citizenship of each member LLC's members as well. The statement shall be accompanied by a letter explaining why diversity jurisdiction exists given the citizenship of its members.

On or before October 27, 2026, counsel for plaintiff is directed to file a statement from plaintiff stating whether the amount sought as damages exceeds $75,000.

SO ORDERED.

Dated: October 20, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge