UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

NOBOA LARA, :

: ORDER

Plaintiff, 26 Civ. 8149 (ALC) (GWG)

:

-v.-

:

MURRY et al,

:

Defendants. :

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Defendant Dickinson Fleet Services, LLC now known as Cox Fleet Transportation, LLC ("Dickinson") filed a Notice of Removal on the basis of diversity of citizenship. See Docket # 1, ¶ 13. To determine whether diversity jurisdiction is proper, we ordered Dickinson to file a sworn statement that identifies each of its members and the citizenship of each member. See Order, dated Oct. 20, 2026 (Docket # 8).

In response to our order, Dickinson has purported to provide the citizenship of the entities at issue. (Docket # 10). However, one such entity is Interstate Truck Center Holds, Inc. ("Interstate Truck Center"). As a corporation, not a partnership, Interstate Truck Center "shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." See 28 U.S.C. § 1331(c)(1) (emphasis added). However, Dickinson has provided the Court only with Interstate Truck Center's principal place of business. Without information as to every state and foreign state where it is incorporated, we are unable to determine whether diversity jurisdiction exists.

Accordingly, on or before November 5, 2026, Dickinson shall file a sworn statement from a person with knowledge that identifies all of Interstate Truck Center's states of incorporation. The statement shall be accompanied by a letter explaining why diversity jurisdiction exists.

SO ORDERED.

Dated: November 2, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge